CLOSED, STAY

## U.S. District Court
## Southern District of Illinois (East St. Louis)
## CIVIL DOCKET FOR CASE #: 3:06-cv-00898-JPG-PMF
## Internal Use Only

Garner v. Merck & Co Inc et al
Assigned to: Judge J. Phil Gilbert
Referred to: Mag Judge Philip M. Frazier
Demand: $75,000
Cause: 28:1332 Diversity-Product Liability

Date Filed: 11/08/2006
Jury Demand: Defendant
Nature of Suit: 365 Personal Inj. Prod.
Liability
Jurisdiction: Diversity

### Plaintiff

**David Garner**

represented by **Aaron K. Dickey**
Goldenberg, Heller, et al.
Generally Admitted
2227 South State Route 157
P.O. Box 959
Edwardsville, IL 62025
618-656-5150
Fax: 618-656-6230
Email: Aaron@gmhalaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert D. Rowland**
Goldenberg, Heller, et al.
Generally Admitted
2227 South State Route 157
P.O. Box 959
Edwardsville, IL 62025
618-656-5150
Email: rrowland@ghalaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

### Defendant

**Merck & Co Inc**
*doing business as*
MSD Sharp & Dohme GmbH
*doing business as*
Merck, Sharp and Dohme

represented by **Dan H. Ball**
Bryan Cave - St. Louis
Generally Admitted
211 North Broadway
One Metropolitan Square, Suite 3600
St. Louis, MO 63102
314-259-2000
Email: dhball@bryancave.com

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Randy J. Soriano**
Bryan Cave - St. Louis
Generally Admitted
211 North Broadway
One Metropolitan Square, Suite 3600
St. Louis, MO 63102
314-259-2000
Email: rjsoriano@bryancave.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert T. Ebert**
Bryan Cave - St. Louis
Generally Admitted
211 North Broadway
One Metropolitan Square, Suite 3600
St. Louis, MO 63102
314-259-2000
Fax: 314-259-2020
Email: rtebert@bryancave.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen G. Strauss**
Bryan Cave - St. Louis
Generally Admitted
211 North Broadway
One Metropolitan Square, Suite 3600
St. Louis, MO 63102
314-259-2444
Fax: 314-259-2020
Email: sgstrauss@bryancave.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**G.D. Searle, LLC**                    represented by **Robert H. Shultz, Jr.**
Heyl, Royster et al. - Edwardsville
Generally Admitted
103 West Vandalia Street
P.O. Box 467
Edwardsville, IL 62025
618-656-4646
Email: rshultz@hrva.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Pharmacia Corporation**                  represented by **Robert H. Shultz, Jr.**
                                           (See above for address)
                                           *LEAD ATTORNEY*
                                           *ATTORNEY TO BE NOTICED*

**Defendant**

**Monsanto Company**                       represented by **Robert H. Shultz, Jr.**
                                           (See above for address)
                                           *LEAD ATTORNEY*
                                           *ATTORNEY TO BE NOTICED*

**Defendant**

**Pfizer Inc**                             represented by **Robert H. Shultz, Jr.**
                                           (See above for address)
                                           *LEAD ATTORNEY*
                                           *ATTORNEY TO BE NOTICED*

**Defendant**

**Walgreen Co**                            represented by **David A. Dick**
*doing business as*                        Thompson Coburn - St. Louis, MO
Walgreens                                  One US Bank Plaza
                                           Suite 2600
                                           St. Louis, MO 63101
                                           314-552-6000
                                           Email: ddick@thompsoncoburn.com
                                           *LEAD ATTORNEY*
                                           *ATTORNEY TO BE NOTICED*

                                           **B. Matthew Struble**
                                           Thompson Coburn - St. Louis, MO
                                           One US Bank Plaza
                                           Suite 2600
                                           St. Louis, MO 63101
                                           314-552-6000
                                           Fax: 314-552-7000
                                           Email: mstruble@thompsoncoburn.com

                                           *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/08/2006 | ❏1 | Case Opened. Filing fee paid $ 350.00, Receipt Number 300 115123. Documents may now be electronically filed. Case number 06-898-WDS must be placed on all documents prior to filing them electronically. (Attachments: # 1 Notice to consent to trial by Magistrate Judge)(dkd ) (Entered: 11/08/2006) |
| 11/08/2006 | ❏2 | NOTICE OF REMOVAL by Merck & Co Inc from Madison County, |

| | | |
|---|---|---|
| | | case number 06L852. ( Filing fee $ 350) (Attachments: # 1 Exhibit 1 Page 1 of 2# 2 Exhibit 1 Page 2 of 2# 3 Exhibit 2# 4 Exhibit 3# 5 Civil Cover Sheet)(Soriano, Randy) (Entered: 11/08/2006) |
| 11/08/2006 | ◉3 | ANSWER to Complaint with Jury Demand by Merck & Co Inc.(Soriano, Randy) (Entered: 11/08/2006) |
| 11/08/2006 | ◉4 | MOTION to Stay *All Proceedings* by Merck & Co Inc. (Soriano, Randy) (Entered: 11/08/2006) |
| 11/08/2006 | ◉5 | Corporate Disclosure Statement by Merck & Co Inc. (Soriano, Randy) (Entered: 11/08/2006) |
| 11/08/2006 | ◉6 | CONSENT to Removal byG.D. Searle, LLC, Pharmacia Corporation, Pfizer Inc. (Shultz, Robert) (Entered: 11/08/2006) |
| 11/08/2006 | ◉7 | ANSWER to Complaint with Jury Demand by G.D. Searle, LLC, Pharmacia Corporation, Pfizer Inc.(Shultz, Robert) (Entered: 11/08/2006) |
| 11/08/2006 | | ***Motions No Longer Referred: 4 MOTION to Stay *All Proceedings* (myz ) (Entered: 11/13/2006) |
| 11/09/2006 | ◉8 | Corporate Disclosure Statement by G.D. Searle, LLC, Pharmacia Corporation, Pfizer Inc. (Shultz, Robert) (Entered: 11/09/2006) |
| 11/13/2006 | ◉9 | ORDER OF RECUSAL. Judge William D. Stiehl recused. Case reassigned to Judge J. Phil Gilbert for all further proceedings. Signed by Judge William D. Stiehl on 11/13/06. (jkb) (Entered: 11/13/2006) |
| 11/14/2006 | | ***Motion No Longer Referred to Judge Frazier: 4 MOTION to Stay *All Proceedings* (kls) (Entered: 11/14/2006) |
| 11/20/2006 | ◉10 | RESPONSE to Motion re 4 MOTION to Stay *All Proceedings* filed by David Garner. (Dickey, Aaron) (Entered: 11/20/2006) |
| 11/21/2006 | ◉11 | ORDER granting 4 Motion to Stay. This case is STAYED pending the decision of the Judicial Panel on Multidistrict Litigation regarding whether to consolidate and transfer this action to In re VIOXX Products Liability Litigation, MDL No. 1657. Signed by Judge J. Phil Gilbert on 11/21/06. (tlp)THIS TEXT ENTRY IS AN ORDER OF THE COURT. NO FURTHER DOCUMENTATION WILL BE MAILED. (Entered: 11/21/2006) |
| 12/21/2006 | ◉12 | Summons Issued as to Walgreen Co. (car) (Entered: 12/21/2006) |
| 01/11/2007 | ◉13 | NOTICE of Appearance by David A. Dick on behalf of Walgreen Co (Dick, David) (Entered: 01/11/2007) |
| 01/11/2007 | ◉14 | CONSENT to Removal byWalgreen Co. (Dick, David) (Entered: 01/11/2007) |
| 01/11/2007 | ◉15 | Corporate Disclosure Statement by Walgreen Co. (Dick, David) (Entered: 01/11/2007) |
| 01/18/2007 | ◉16 | NOTICE of Appearance by B. Matthew Struble on behalf of Walgreen |

| | | |
|---|---|---|
| | | Co (Struble, B.) (Entered: 01/18/2007) |
| 01/24/2007 | ❶17 | MOTION to Dismiss by Walgreen Co. Responses due by 2/26/2007 (Attachments: # 1 Affidavit)(Dick, David) (Entered: 01/24/2007) |
| 01/24/2007 | ❶18 | MEMORANDUM in Support re 17 MOTION to Dismiss filed by Walgreen Co. (Dick, David) (Entered: 01/24/2007) |
| 05/04/2007 | ❶19 | ORDER TRANSFERRING CASE TO OTHER DISTRICT: Case transferred to Northern District of CA, MDL 05-1699 in re Bextra and Celebrex Marketing, Sales Practices and Products Liability Litigation. (Attachments: # 1 Letter from NDCA)(myz ) (Entered: 05/07/2007) |